**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DISTRICT**

| | |
|---|---|
| BETSY DOSS-ALEXANDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 2:16-cv-62-WHA- GMB |
| ) | (WO) |
| PEACHTREE HOSPITALITY ) | |
| MANAGEMENT, LLC, d/b/a ) | |
| FAIRFIELD INN & SUITES ) | |
| BY MARRIOTT, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the Joint Stipulation of Dismissal, (Doc. # 15), filed on December 12, 2016, it is hereby ORDERED that this case is DISMISSED with prejudice. The parties shall bear their respective attorneys' fees and costs.

Done this 12th day of December, 2016.

/s/ W. Harold Albritton
W.  HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE